## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**NAKISHA ALEXANDER ON BEHALF OF**
**M.P., and ON HER OWN BEHALF,**

    **Plaintiffs,**

**vs.**                                         **No. CIV-08-1206 MCA/RLP**

**THE CITY OF ALBUQUERQUE,**
**A. JARAMILLO and T. NOVICKI, or**
**DAVE PORLAS and T. NORA,**

    **Defendants**.

### MEMORANDUM OPINION AND ORDER

**THIS MATTER** comes before the Court on Plaintiffs' Motion to Compel Discovery, filed July 13, 2009. (Docket No. 12). Defendants did not file objections to the discovery requested, and have not responded to the Motion. Accordingly, Defendants have waived any objections[1] and are deemed to have consented to the Motion.[2]

**IT IS THEREFORE ORDERED** that Plaintiffs' Motion to Compel Discovery is **GRANTED**. Defendants shall produce the documents requested and serve answers to Interrogatories on or before August 28, 2009.

**IT IS FURTHER ORDERED** that Plaintiffs' Request for monetary sanctions is taken under advisement.

                                                   Richard L. Puglisi
                                                   United States Magistrate Judge

---

[1] F.R.Civ.P. 33(b)(4); F.R.Civ.P. 34(b)(2).

[2] D.N.M.LR-Civ. 7.1(b).